UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
Baltimore

IN RE:

JAMES EDWARD SCOTT

              Debtor(s)

Chapter 13

Case No. 19-12411

OBJECTION OF NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
TO PROPOSED CHAPTER 13 PLAN AND
CONFIRMATION THEREOF

    Nationstar Mortgage LLC d/b/a Mr. Cooper and its assignees and/or successors in interest, a secured creditor in the above-entitled Bankruptcy proceeding, hereby submits the following objections to the Confirmation of the Chapter 13 Plan proposed by the Debtor(s):

    1. This objecting secured creditor is the beneficiary of a trust deed on property commonly known as 6554 Pennacook Court, Columbia, MD 21045; the promissory note and deed of trust were attached to the proof of claim filed by the secured creditor.

    2. The debtor(s) are due an estimated pre-petition arrears of $37,782.45.

    3. The proposed Chapter 13 plan does not provide this objecting Secured Creditor with adequate protection or adequate security, according to Sections 362 and 1325 (a) of the Code.

    4. Further, the Plan is inadequately funded, in that the plan base is less than this Creditor's claim.

CONCLUSION

Any Chapter 13 Plan proposed by the Debtor(s) must provide for and eliminate the objections specified above in order to be feasible and to provide adequate protection to this objecting secured creditor. It is respectfully requested that confirmation of the Chapter 13 Plan as proposed by the Debtor(s) be denied.

WHEREFORE, secured creditor prays as follows:

1. That confirmation of the proposed Chapter 13 Plan be denied.

2. For attorney's fees and costs incurred herein.

3. For dismissal of the Chapter 13 proceeding.

4. For such other relief as this Court deems proper.

Dated:_4/10/2019

Respectfully submitted
Nationstar Mortgage LLC d/b/a Mr. Cooper

By Counsel:

_/s/Malcolm B Savage_____
William M. Savage, Esquire
Kristine D. Brown, Esquire
Thomas J. Gartner, Esquire
Gregory N. Britto, Esquire
Renee Dyson, Esquire
Malcolm B. Savage, III, Esquire
Nicole Lipinski, Esquire
Shapiro & Brown, LLP
10021 Balls Ford Road, Suite 200
Manassas, Virginia 20109
(703) 449-5800
ecf@logs.com

CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of March, 2019 the following person(s) were served a copy of the foregoing Notice in the manner described below:

Via CM/ECF Electronic Notice:

Robert S. Thomas, II                                          Trustee
300 E Joppa Road, Suite 409
Towson, MD 21286


J. Michael Broumas                                            Debtors' Attorney
Broumas Law Group LLC
8370 Court Avenue, Suite 203
Ellicott City, MD 21043

Via First Class Mail, Postage Prepaid:

JAMES EDWARD SCOTT                                            Debtor(s)
6554 PENNACOOK COURT
COLUMBIA, MD 21045


   /s/Malcolm B Savage_____
William M. Savage, Esquire
Kristine D. Brown, Esquire
Thomas J. Gartner, Esquire
Gregory N. Britto, Esquire
Renee Dyson, Esquire
Malcolm B. Savage, III, Esquire
Nicole Lipinski, Esquire

17-270806