Entered: April 18th, 2019
Signed: April 17th, 2019

**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| IN RE:<br>JAMES EDWARD SCOTT<br>    Debtor | BCN#: 19-12411<br><br>Chapter: 13 |
| JAMES EDWARD SCOTT<br>    Debtor<br>Movant,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER<br>and its assignees and/or<br>successors in interest,<br>    Respondent | **ORDER RESOLVING**<br>**MOTION TO EXTEND STAY** |

    This matter came on to be heard upon consideration of the Motion of Debtor, James Edward Scott, for imposition of the Automatic Stay of 11 USC 362 (a) as to certain real property at 6554 Pennacook Court, Columbia, MD 21045; and notwithstanding the objections of Respondent at hearing:

    IT IS HEREBY ORDERED, that the motion is GRANTED so that the automatic stay of 11 USC 362 (a) is hereby imposed;

    FURTHER ORDERED that the imposition of the automatic stay shall prevent the Movant from continuing with foreclosure proceedings in accord with applicable state law pursuant to the

terms of the deed of trust securing the Movant as to the real property designated as 6554 Pennacook Court, Columbia, MD 21045.

IT IS FURTHER ORDERED, that: the stay of 11 USC 362 imposed by this order shall remain in effect provided that and only so long as the debtor complies with the payment terms with respect to post petition payments:

a) The Debtor shall bring the loan post petition current on or before the May 31, 2019 which payments shall include the March 1, 2019 payment, April 1st payment, and the May 1, 2019 payment.

b) To the extent the Debtor defaults in making the above specified cure by May 31st 2019 or defaults in any ongoing contractual post-petition payment commencing June 1st and accruing thereafter due under the terms of the subject Note and Deed of Trust; the Movant shall be immediately free to proceed with foreclosure of its security instrument; the automatic stay imposed by this order shall immediately terminate as to this secured creditor upon the failure to timely tender any and all post petition mortgage payments

I ask for this:

/s/ Renee Dyson

_____
William M. Savage, Esquire
Federal I.D. Bar No. 06335
Kristine D. Brown, Esquire
Federal I.D. Bar No. 14961
Thomas J. Gartner, Esquire
Federal I.D. Bar No. 18808
Gregory N. Britto, Esquire
Federal I.D. Bar No. 22531
Renee Dyson, Esquire
Federal I.D. Bar No. 15955
Malcolm B. Savage, III, Esquire
Federal I.D. Bar No. 20300
Nicole Lipinski, Esquire
Federal I.D. Bar No. 19283
Counsel for Movant
ecf@logs.com

Copies of this order are to be sent to:

JAMES EDWARD SCOTT
6554 PENNACOOK COURT
COLUMBIA, MD 21045

ROBERT S. THOMAS, II
300 E JOPPA ROAD, SUITE 409
TOWSON, MD 21286

J. MICHAEL BROUMAS
BROUMAS LAW GROUP LLC
8370 COURT AVENUE, SUITE 203
ELLICOTT CITY, MD 21043

SHAPIRO & BROWN, LLP
10021 BALLS FORD ROAD, SUITE 200
MANASSAS, VIRGINIA 20109


17-270806


**END OF ORDER**