| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | James Edward Scott |
| Debtor 2 | |
| | (Spouse, if filing) |
| United States Bankruptcy Court for the Maryland District of | Maryland |
| | (State) |
| Case number: | 19-12411 |

Official Form 410S1

# Notice of Mortgage Payment Change    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1

**Name of Creditor:** Nationstar Mortgage LLC d/b/a Mr. Cooper

**Court Claim No.** (if known): 2

**Last four digits** of any number you use to identify the debtor's account: 2368

**Date of Payment Change:**

Must be at least 21 days after date of this notice.    October 1, 2019

**New total payment:**

Principal, interest, and escrow, if any    $1,542.06

## Part 1:  Escrow Account Payment Adjustment

**Will there be a change in the debtor's escrow account payment?**

☐ No.
☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

Current escrow payment: $522.67         New escrow payment: $532.17

## Part 2:  Mortgage Payment Adjustment

**Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate account?**

☒ No.
☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

Current interest rate: _____%         New interest rate: _____%

Current principal and interest payment: $ _____         New principal and interest payment: $ _____

## Part 3:  Other Payment Change

**Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☒ No
☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
    *(Court approval may be required before the payment change can take effect.)*
    Reason for change: _____

Current mortgage payment:         New mortgage payment:

| Part 4: | Sign Here |
|---|---|

The person completing this notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

X  /s/ Malcolm B. Savage, III                        Date: July 26, 2019
   Signature

**Print:**   Malcolm B. Savage, III                   Title  Attorney
             First Name   Middle Name   Last Name

Company     Shapiro & Brown, LLP

Address     10021 Balls Ford Road, Suite 200
            Number        Street

            Manassas, Virginia 20109
            City                State    ZIP Code

Contact phone  (703)499-5800                          Email  VAECF@logs.com

## Certificate of Service

I hereby certify that a copy of the foregoing Response to Notice of Mortgage Payment Change was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the Court on this Date:

Date:  July 26, 2019

Chapter 13 Trustee:  Robert S. Thomas, II

Trustee Address:  300 E Joppa Road, Suite 409, Towson, MD 21286

Debtor's Counsel Name:  J. Michael Broumas, Broumas Law Group LLC

Debtor's Counsel Address:  8370 Court Avenue, Suite 203, Ellicott City, MD 21043

Debtor's Counsel Email:  michael@broumas.com

Debtor Name:  James Edward Scott

Debtor's Mailing Address:  6554 Pennacook Court, Columbia, MD 21045

/s/ Malcolm B. Savage, III
William M. Savage, Esquire
Federal I.D. Bar No. 06335
Kristine D. Brown, Esquire
Federal I.D. Bar No. 14961
Thomas J. Gartner, Esquire
Federal I.D. Bar No. 18808
Gregory N. Britto, Esquire
Federal I.D. Bar No. 22531
Renee Dyson, Esquire
Federal I.D. Bar No. 15955
Malcolm B. Savage, III, Esquire
Federal I.D. Bar No. 20300
Nicole Lipinski, Esquire
Federal I.D. Bar No. 19283
Law Offices of Shapiro & Brown, LLP
10021 Balls Ford Road, Suite 200
Manassas, VA 20109
(703) 261-7420

17-270806